UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY BROWN

VERSUS

BURL CAIN

CIVIL ACTION

NO. 09-924-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 22, 2011 (doc. no. 48). Petitioner filed an objection which essentially makes the same arguments and have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) and the Amendment to Petition for Writ of Habeas Corpus (doc. no. 4) filed by petitioner, Gregory Brown, is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 24th day of January, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE